# UNITED STATES DISTRICT COURT
for the
## Eastern District of California



FILED

AUG 2 1 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| v. | ) | Case No. 5:17-po-00203-JLT |
| | ) | 5:17-po-00295-JLT |
| CHARLETTE L. WALLINE, | ) | |

## ORDER SETTING CONDITIONS OF RELEASE
(Misdemeanor)

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release;

(2) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose;

(3) The defendant shall notify the Court and defendant's counsel of any change of address;

(4) The defendant SHALL NOT drive unless she is in possession of a valid driver's license; and

(5) The defendant must appear at:  United States Courthouse, 510 19th Street, Bakersfield, CA 93301
*Place*

on  8/29/2017 at 09:00 AM
*Date and Time*

I, the defendant, have received this order of release and have either read all the conditions of release set by the court or had them explained to me. I agree to stay in close contact with my counsel and to apprise my counsel of any change in my conditions and/or contact information. Finally, I agree and understand to all these conditions and understand that a violation of any of these conditions can result in a warrant for my arrest and subsequent detention.

Date: 8/21/2017

*Defendant's signature*

Date: 8/21/2017

*Judicial Officer's Signature*

Jennifer L. Thurston, U.S. Magistrate Judge
*Printed name and title*